## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>BETTY STREETER<br>SSAN: XXX-XX-9116<br><br><br><br>_____ Debtor(s) | Case No. 16-32315-DHW<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 24, 2016.

2. The debtor(s) §341 Meeting of Creditors was held October 06, 2016.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor's plan fails to make provisions for this claim:

> Creditor: WELLS FARGO BANK NA
> Trustee's Claim Number: 10
> Account Number: WFCRTB1632315ALM91163313/ NO PROVS
> Claim Amount: $2,377.69
> Court Claim Number: 6
> Claim Filed As: SECURED

(**X**) Debtor(s) was to amend the plan to reflect the Nissan financed with Max is a 2013, not a 2016 as per the debtor's testimony..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 31, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

Sabrina L. McKinney
Acting Chapter 13 Trustee

By:/s/ *Tina J. Hayes*
Tina J. Hayes

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  October 31, 2016.

Copy to: DEBTOR(S)
       RICHARD D SHINBAUM

/s/ *Tina J. Hayes*
Tina J. Hayes