## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 16–32315
                                              Chapter 13

Betty Streeter,

      Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on March 26, 2018 at 09:00 AM

to consider and act upon the following:

*35* – Trustee's Motion for Examination of Debtor's Transactions with Debtor's Attorney and Debtor's Transactions with Attorney or in the Alternative Dismiss Case (No Provisions) filed by (McKinney, Sabrina) Modified text on 2/26/2018 (CS).

Dated February 27, 2018

Juan–Carlos Guerrero
Clerk of Court

In re:                                                    Case No. 16-32315-WRS
Betty Streeter                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2        User: jmclain        Page 1 of 1        Date Rcvd: Feb 27, 2018
                            Form ID: ntchrgBK    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db              +Betty Streeter,    853 Tennille Road,    Brundidge, AL 36010-2057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
        Bankruptcy Administrator    ba@almb.uscourts.gov
        Leonard N. Math    on behalf of Creditor    MAX CREDIT UNION noticesmd@chambless-math.com
        Richard D. Shinbaum    on behalf of Debtor Betty  Streeter rshinbaum@smclegal.com,
         scarter@smclegal.com;tbramlett@smclegal.com
        Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                    TOTAL: 4